IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00120–KMT

PARKSIDE AT MOUNTAIN SHADOWS OWNERS ASSOCATION, INC., a Colorado
nonprofit corporation,

      Plaintiff/Counterclaim Defendant,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut
corporation,

      Defendant/Counterclaim Plaintiff.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Travelers Casualty and Surety Company of America's Motion for Leave to File
Surreply to Plaintiff's Motion for Remand" (Doc. No. 19, filed Mar. 23, 2015) is GRANTED.
The Clerk of Court is directed to file Travelers' Surreply (Doc. No. 19-1) and Exhibit 1 (Doc.
No. 19-2).

Dated: March 23, 2015